**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 20-81258-BSK |
| | ) |
| DAVID K BORKOWSKI | ) CHAPTER 13 |
| SSN: ###-##-7103 | ) |
| KIMBERLY BORKOWSKI | ) |
| SSN: ###-##-0079 | ) |
| | ) |
| Debtors. | |

**REQUEST OF TRUSTEE FOR PRODUCTION OF DOCUMENTS AND INFORMATION**

**TO THE DEBTORS:** If you are represented by an attorney, please take the requested documents and information to your attorney for review. Your attorney will then advise you on what to do.

**COMES NOW Kathleen A. Laughlin**, **Trustee** herein, and pursuant to 11 U.S.C. §§ 521 (3) and (4) requests the Debtor to produce the below listed documents and/or information at the Trustee's office at 13930 Gold Circle, Suite 201, Omaha, Nebraska 68144 within fifteen (15) days from the date of this request. In lieu of production at the Trustee's office, copies of the requested documents may be mailed to the Trustee's office. The information requested below should be submitted to the Trustee in written form.

**DOCUMENTS:**

1. Copies of all pay advices for both Debtors from April 1, 2020 through September 30, 2020.

DATED: November 16, 2020

    s/ Kathleen A. Laughlin
    Kathleen A. Laughlin #16883
    Chapter 13 Trustee
    13930 Gold Circle, Suite #201
    Omaha, NE 68144
    (402) 697-0437
    1-800-884-0437

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Trustee's Request was served on CARRIE DOLL, debtors attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on November 16, 2020, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

| | |
|---|---|
| DAVID K BORKOWSKI | KIMBERLY BORKOWSKI |
| 28432 WAVERLY RD | 28432 WAVERLY RD |
| MURDOCK, NE 68407 | MURDOCK, NE 68407 |

    s/ Kathleen A. Laughlin
    Kathleen A. Laughlin